**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Lewallen Automation, LLC, and ASAG Energy, LLC, Respondents,

v.

Michael Lewallen, and Everworks, LLC, Defendants,

Of whom Michael Lewallen is the Appellant.

Appellate Case No. 2014-002246

---

Appeal From Greenville County
Charles B. Simmons, Jr., Special Circuit Court Judge

---

Unpublished Opinion No. 2016-UP-144
Submitted January 1, 2016 – Filed March 30, 2016

---

**DISMISSED**

---

Brian Patrick Murphy, of Stephenson & Murphy, LLC, of Greenville, for Appellant.

Christine Gantt Sorenson, Sarah Patrick Spruill, and Denny Parker Major, all of Haynsworth Sinkler Boyd, PA, of Greenville, for Respondents.

---

**PER CURIAM:** We find the question regarding the propriety of the injunction issued by the circuit court to be moot. *See Sloan v. Greenville Cty.*, 380 S.C. 528, 535, 670 S.E.2d 663, 667 (Ct. App. 2009) ("An appellate court will not pass judgment on moot and academic questions; it will not adjudicate a matter when no actual controversy capable of specific relief exists."); *see also Mathis v. S.C. State Highway Dep't*, 260 S.C. 344, 346, 195 S.E.2d 713, 715 (1973) ("A case becomes moot when judgment, if rendered, will have no practical legal effect upon existing controversy. This is true when some event occurs making it impossible for [the] reviewing [c]ourt to grant effectual relief.").

**DISMISSED.**[1]

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.